IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNYSLVANIA

| | | |
|---|---|---|
| NOAH SYSTEMS, INC., ) | Civil Action No. 10-1420-AJS |
| Plaintiff, ) | Filed Electronically |
| ) | |
| v. ) | [JURY TRIAL DEMANDED] |
| ) | |
| INTUIT INC., ) | |
| Defendant ) | |

### JOINT [PROPOSED] SCHEDULING ORDER FOR USE IN PATENT CASES

AND NOW, this _____ day of _____ **2010**,

IT IS ORDERED that this action is placed under the Local Patent Rules of this Court for pretrial proceedings and all provisions of these Rules will be strictly enforced.

IT IS FURTHER ORDERED that counsel shall confer with their clients prior to all scheduling, status, or pretrial conferences to obtain authority to participate in settlement negotiations which may be conducted or ordered by the Court.

IT IS FURTHER ORDERED that compliance with provisions of Local Rule 16 and the local Patent Rules shall be completed as follows:

(1) The parties shall move to amend the pleadings or add new parties by **January 7, 2011**

(2) The Plaintiff must serve on all parties its Initial Disclosures pursuant to F.R.Civ.P. 26(a) and pursuant to LPR 3.1 by **January 21, 2011**;

(3) The Defendant must serve on all parties its Initial Disclosures pursuant to F.R.Civ.P. 26(a) and pursuant to LPR 3.1 by **January 21, 2011**;

(4) The party claiming patent infringement must serve on all parties a Disclosure of Asserted Claims and Infringement Contentions by **February 4, 2011**;

(5) The party claiming non-infringement and invalidity must serve on all parties a Disclosure of Non-Infringement and Invalidity Contentions by **March 4, 2011**;

(6) Each party will simultaneously exchange Proposed Claim Terms and Phrases for Construction by **March 11, 2011**;

(7) The parties shall meet and confer by **March 18, 2011** to identify claim terms and phrases that are in dispute, and claim terms and phrases that are not in dispute and prepare and file a Joint Disputed Claim Terms Chart by **March 25, 2011**. Each party shall also file with the Joint Disputed Claim Terms Chart an appendix containing a copy of each item of intrinsic evidence cited by the party in the Joint Disputed Claim Terms Chart;

(8) Plaintiff shall file and serve an Opening Claim Construction Brief and an identification of extrinsic evidence by **April 22, 2011**;

(9) The Opposing Party shall file and serve a response to the Opening Claims Construction Brief, an identification of extrinsic evidence and any objections to extrinsic evidence by **May 13, 2011**;

(10) The opening party may serve and file a Reply directly rebutting the opposing party's Response, and any objections to extrinsic evidence by **May 27, 2011**;

_____
United States District Judge

cc: All Counsel of Record.